**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 26-6163-MJ-STRAUSS

**UNITED STATES OF AMERICA**

**v.**

**ALAIN R. RUIZ**

**Defendant.**
_________________________________/

FILED BY AT D.C.
Mar 26, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No
2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Adam M. Love*

Adam M. Love
Assistant United States Attorney
Court ID No. A5503182
99 NE 4th Street
Miami, Florida 33132
Telephone: (305) 961-9023
Email: Adam.love@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
Alain R. Ruiz

*Defendant(s)*

Case No. 26-6163-MJ-STRAUSS

FILED BY AT D.C.
Mar 26, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1 to December 30, 2024 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 371 | Conspiracy to commit offense or to defraud United States |
| 18 U.S.C. Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Lawson, DCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/2026

*Judge's signature*

City and state: Broward County, Florda

Hon. Jared M. Strauss, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Lawson, first being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently a Special Agent with the Defense Criminal Investigative Service ("DCIS") in Fort Lauderdale, Florida for five years, during which time I have been involved in numerous investigations involving product substitution and procurement fraud. I am also currently assigned to the Homeland Security Investigations ("HSI") Counter Proliferation Investigations Unit ("CPIU") in Miami, FL as a Task Force Agent. Prior to this assignment, I was a Special Agent of the United States Secret Service ("USSS") for approximately seven years. During that time, I was also assigned to the Drug Enforcement Administration ("DEA") as a full-time task force agent, as well as the South Florida Organized Fraud Task Force ("SFOFTF") where I worked numerous cases involving, money laundering, narcotics trafficking, weapons trafficking and various fraud related offenses. I have also participated in numerous United States Code, Title 18, 19, 21, investigations. As a result of my training and experience, I have knowledge of the means and methods used by businesses to include various types of fraud schemes, for instance the procurement of aircraft parts that go on military aircraft.

2. The information in this affidavit is based upon my personal knowledge and information learned from other members of law enforcement, investigators, witnesses, and documents. This affidavit is submitted for the limited purpose of establishing probable cause that Alain Ruiz (RUIZ) committed violations of Title 18, United States Code, Section 371, Conspiracy to defraud; and Title 18, United States Code, Section 1343, Wire Fraud. This is a joint investigation with DCIS and HSI.

3. At all times relevant to this investigation, RUIZ was the President and registered owner of Premier Aviation Sales (hereinafter "THE TARGET COMPANY"), an aviation parts broker and active Department of Defense contractor headquartered in Pembroke Pines, Florida. RUIZ operated THE TARGET COMPANY for the purpose of purchasing and reselling military-grade and commercial aviation components to third-party buyers, including airlines, parts brokers, and foreign military customers.

4. THE TARGET COMPANY is an active registered Department of Defense/Department of War ("DoD/DoW") contractor in SAM.gov, registered on February 12, 2019. The Commercial and Government Entity Code (CAGE) code is 8HXK1. RUIZ is listed as the Financial/Accounts Receivable point of contact. The company website represents THE TARGET COMPANY is an aviation repair, distribution, and wire harness manufacturing company that focuses on Military Aviation Aftermarket solutions and the Aerospace community.

5. In addition to its DoD/DoW contracting, THE TARGET COMPANY also advertises as an aviation parts broker that purchases and resells aviation parts for aircraft. These parts are purchased in various conditions, including "New," "As Removed," "Inspected," "Tested," "Repaired," or "Overhauled." THE TARGET COMPANY purchases these parts from aircraft parts surplus exchanges, aviation vendors, and other sources, and resells them to third-party aviation companies — including other parts brokers and airlines — for a profit.

6. THE TARGET COMPANY was a registered business with the Florida Division of Corporations from 2019 to February 2026. RUIZ was listed as the President of THE TARGET COMPANY until June 10, 2024, when his family member, Angel Mesa ("MESA"), became President and Secretary. The company lists its registered address as 20911 Johnson Street, #106, Pembroke Pines, FL 33029.

7. Between on or about January 2024 and December 2024, RUIZ, acting through THE TARGET COMPANY, engaged in a scheme to defraud C.H., the owner of WWD USA Group LLC ("WWD"), by inducing C.H. to finance the procurement of an aviation part through the use of a fraudulent purchase order purportedly issued by the Chilean Air Force ("CAF"). As set forth below, that purchase order had been cancelled by the CAF approximately nine months before RUIZ presented it to C.H. as valid and current.

**PROBABLE CAUSE**

8. On or about January 2024, RUIZ, doing business as the owner of THE TARGET COMPANY, entered into a business agreement with C.H., owner of WWD, to purchase an F-5 fighter jet Air Conditioning Unit (the "Part") for the CAF.

9. On or about January 2024, RUIZ presented C.H. with a purchase order from the CAF, dated October 25, 2023, reflecting a transaction between THE TARGET COMPANY and the CAF for the Part at a purchase price of $345,000.

10. The agreement between RUIZ and C.H. provided that C.H. would purchase the Part from a third-party vendor, Company #3, for $170,000, and that RUIZ would then purchase the Part from C.H. for $275,000, netting C.H. a profit of $105,000.

11. Co-Conspirator, the owner and/or operator of Company #3, was a participant in the procurement. On January 24, 2024, C.H. entered into a purchase order agreement with Co-Conspirator and Company #3 for the procurement of the Part.

12. Law enforcement obtained information that an original purchase order had existed directly between THE TARGET COMPANY and Company #3, but that C.H. had requested RUIZ modify the purchase order to reflect WWD and Company #3 as the contracting parties. The modified

purchase order, which was marked as a paid invoice, listed THE TARGET COMPANY as the "ship to" recipient.

13. On or about January 24, 2024, and January 25, 2024, two wire transfers — in the amounts of $80,000 and $90,000, respectively — were sent from C.H.'s WWD business checking account to Company #3's Bank of America business account ending in 5046.

14. On or about February 2, 2024, RUIZ emailed C.H. a packing slip and invoice #4766 for the Part, which reflected that THE TARGET COMPANY was selling the Part to the CAF, Attention: Chilean Air Force Mission, located at 1667 K Street NW, Suite 600, Washington, DC 20006.

15. On or about December 4, 2024, after C.H. had not received payment from RUIZ for the transaction, C.H. contacted the Chilean Air Force Mission via email and spoke with Captain J.A. Captain J.A. confirmed that the purchase order between the CAF and THE TARGET COMPANY was not valid and had been cancelled in April 2023 — approximately six months before the purchase order RUIZ presented to C.H., which was dated October 25, 2023. Accordingly, the purchase order AR used to induce CH's participation in the transaction had been fabricated or was presented with knowledge of its invalidity.

16. Financial records for THE TARGET COMPANY were obtained via subpoenas, including records for the J.P. Morgan Chase account ending in 8203. An analysis of that account revealed that on January 25, 2024, Company #3's Bank of America account ending in 5046 wired $84,970 to RUIZ's JPMC account ending in 8203. Additionally, on January 26, 2024, a second wire of $79,970 was received into RUIZ's JPMC account from Company #3's account.

17. On or about February 17, 2025, RUIZ's cellular phone was seized during a border search by HSI. An analysis of RUIZ's cellular device revealed communication between RUIZ and Co-

Conspirator during the period in which C.H. was purchasing the Part from Company #3 on RUIZ's behalf. Text messages between RUIZ and Co-Conspirator related to the transaction and were exchanged in and around the days leading up to, and including the day of C.H.'s wire transfers to Co-Conspirator at Company #3. Those messages included, in sum and substance, a discussion of where the money is being sent, banking information, and whether the money had been sent.

18. Law enforcement databases confirmed phone number used during the correspondence is a Cingular Wireless Pcs, LLC number currently assigned to Co-Conspirator #1 or Company #3.

19. On or about March 25, 2026, after receiving *Miranda* warnings, RUIZ explained he was the owner and operator of THE TARGET COMPANY. RUIZ further explained that in late 2023 or early 2024, THE TARGET COMPANY was not making enough money to fund the DoD contracts that were being awarded to THE TARGET COMPANY and needed to seek money elsewhere. RUIZ said, in substance, that he had individuals begin investing in THE TARGET COMPANY. RUIZ explained he would use capital from new investors to pay returns to previous investors. RUIZ did so, rather than generating those returns from actual business profits.

20. On March 25, 2026, RUIZ, also stated, in sum and substance, he gave C.H. a fabricated CAF purchase order to convince him to buy the part. He also acknowledged that he did not actually have a buyer lined up when C.H. sent the money to Company #3. Furthermore, RUIZ confirmed that the day after C.H. wired the funds, Company #3 transferred the money into his bank account, minus a fee for the co-conspirator.

## CONCLUSION

21. Based on the information provided above, I respectfully submit that there is probable cause to believe that on or around January 2024, in Broward County, in the Southern District of Florida, RUIZ, did knowingly conspire with other co-conspirators to participate in a scheme to defraud, in

violation of Title 18, United States Code, Section 371; and did knowingly, with intent to defraud use interstate wire communication as part of and in furtherance of the scheme, in violation of Title 18, United States Code, Sections 1343

Brian Lawson, Special Agent
Defense Criminal Investigative Service

Sworn before me and signed in my
presence this 26th day of March 2026,
in Fort Lauderdale, Florida

HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** ______________________

**BOND RECOMMENDATION**

DEFENDANT: Alain R. Ruiz

$150k PSB at 10%

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]

AUSA: Adam M. Love

Last Known Address: 20911 Johnson Street

Ste. 106

Pembroke Pines, FL 33029

What Facility: ______________________

______________________

Agent(s): Brian Lawson

(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

DCIS